UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA JO JACOBSEN, | ) | Case No. 18-cv-06260 |
| | ) | |
| | ) | Related Cases: |
| v. Plaintiff, | ) | |
| | ) | 18-cv-06285 |
| | ) | 18-cv-06272 |
| ASSOCIATED BANK, N.A., | ) | 18-cv-06269 |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC. and TRANS | ) | |
| UNION, LLC, Defendant. | ) | Honorable Matthew F. Kennelly |
| | ) | |
| | ) | |

## UNUOPPOSED MOTION TO EXTEND DEADLINE TO REINSTATE CASE

**NOW COMES** Plaintiff, TERESA JACOBSEN, by and through her undersigned counsel, moving this Honorable Court to extend the deadline to reinstate this case, and in support thereof, stating as follows:

1. All Defendants in these matters have been dismissed with prejudice with the exception of Experian Information Solutions, Inc. ("Experian").

2. On March 28, 2019, Plaintiff's counsel and Experian's counsel appeared before this Honorable Court and reported that they have reached a settlement in principal and need additional time to consummate the settlement. [Dkt. 42]

3. Accordingly, Plaintiff agreed to dismiss Experian with leave to reinstate by May 15, 2019. *Id.*

4. The parties have worked diligently to finalize the settlement by the May 15, 2019 deadline to reinstate the case.

5. However, finalizing the settlement has proven difficult as the settlement with Experian is contingent on an accurate credit report. Accordingly, Experian needs the cooperation of the credit furnishers to submit accurate reporting of the accounts that were at issue.

6. Experian needs additional time to collaborate with the credit furnishers in order to submit an accurate credit report to Plaintiff.

7. Accordingly, the parties are still in the process of satisfying their respective obligations as set forth by the terms of the settlement agreement.

8. Plaintiff anticipates that the parties will be able finalize the settlement within 45 days and is respectfully requesting that the deadline to reinstate this case be extended through June 29, 2019.

9. Plaintiff is seeking this extension in good faith and the extension will not prejudice any of the parties.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the reinstatement date to June 29, 2019, and grant such other relief as the Court deems appropriate.

Dated: May 15, 2019                                         Respectfully submitted,

                                                            s/ Mohammed O. Badwan
                                                            Mohammed O. Badwan, Esq.
                                                            *Counsel for Plaintiff*
                                                            Sulaiman Law Group, Ltd.
                                                            2500 S. Highland Ave., Ste. 250
                                                            Lombard, IL 60148
                                                            Phone (630)575-8180
                                                            mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

    I, Mohammed O. Badwan, an attorney, certify that on May 15, 2019, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

                                                     /s/ Mohammed O. Badwan