# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Teresa Jo Jacobsen

                      Plaintiff,

v.                                             Case No.: 1:18−cv−06260
                                                                  Honorable Matthew F. Kennelly

Experian Information Solutions, Inc., et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, May 20, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion to extend deadline to reinstate case against Experian [43] is granted; the deadline is extended to 6/29/2019. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.